ORDERED.

Dated:  June 16, 2015

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

THOMAS SALVADOR MARTINO,

    Debtor.
_____/

Case No.: 8:14-bk-13452-KRM
Chapter 7

SAVANNAH CAPITAL, LLC,

    Plaintiff,
v.

THOMAS SALVADOR MARTINO,

    Defendant.
_____/

Adv. No.: 8:15-ap-00418

### ORDER GRANTING MOTION TO DISMISS DEVILLE CORP., AS A PARTY

**THIS CASE** came on for hearing on Thursday, June 11, 2015 at 9:30 a.m. on the adversarial Motion to Dismiss Defendant Deville Corp. as a Party (Doc. 4) filed by Deville Corp. Accordingly, it is

**ORDERED** that the Motion to Dismiss Defendant Deville Corp., as a Party is **GRANTED**.

**<u>Via the CM/ECF system which will send a Notice of Electronic Filing to:</u>**
John A. Anthony, Esquire, Counsel for Savannah Capital, LLC
David W. Steen, Esquire, Co-Counsel for Defendant
Douglas N. Menchise, Chapter 7 Trustee
United States Trustee

*D. Lee Pitisci, Esquire is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*