UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

THOMAS SALVADOR MARTINO,

    Debtor.
_____/

SAVANNAH CAPITAL, LLC,

    Plaintiff,

v.

THOMAS SALVADOR MARTINO,

    Defendant.
_____/

Chapter 7
Case No.: 8:14-bk-13452-KRM

Adversary Proceeding
Case No.: 8:15-ap-00418-KRM

## MOTION FOR ORDER TO SHOW CAUSE

**THIS CAUSE** having come before the Court on January 26, 2016 at 10:45 a.m. and the undersigned being present and counsel for SAVANNAH CAPITAL, LLC, not appearing, the Court directed the undersigned to draft this Motion For Order To Show Cause As To Why This

Matter Should Not Be Dismissed and this Court ordered the parties to appear before the Court on February 9, 2016 at 10:45 a.m. and for counsel for SAVANNAH CAPITAL, LLC to answer for:

1. Their failure to schedule the Mediation in this matter pursuant to this Court's Order dated October 20, 2015;

2. Their failure to mediate this matter prior to January 15, 2016, pursuant to this Court's order entered on October 20, 2015; and

3. Their failure to attend the Pretrial Conference which was held on January 26, 2016 at 10:45 a.m., even after this Court delayed the PreTrial Conference hearing whereby the Court contacted Savannah Capital, LLC's counsel's office requesting their appearance, to which the Court received no reply or response.

Dated: January 27, 2016.

D. LEE PITISCI, ESQUIRE
Florida Bar No.: 771650
Pitisci, Dowell & Markowitz
101 S. Moody Avenue
Tampa, FL 33609
Phone: (813) 228-9233 x 4
Fax:   (813) 229-5979
Primary E-Mail: lpitisci@pdmmlaw.com
Secondary E-Mail: alutz@pdmmlaw.com
*Co-counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2016, I electronically filed a true and correct copy of the foregoing document with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document to the parties in the manner of service indicated below.

D. LEE PITISCI, ESQUIRE
Florida Bar No.: 771650

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**
Stephenie Anthony, Esquire, Counsel for Savannah Capital, LLC