# Exhibit "B"

**Courtney Ehrhart**

| | |
|---|---|
| **From:** | bnc@flmb.uscourts.gov |
| **Sent:** | Tuesday, October 20, 2015 10:44 PM |
| **To:** | Courtmail@flmb.uscourts.gov |
| **Subject:** | 8:15-ap-00418-KRM CHAP Pro Memo - Hearing Held |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Middle District of Florida**

Notice of Electronic Filing

The following transaction was received from Chap, Dkt entered on 10/20/2015 at 10:44 PM EDT and filed on 10/20/2015

| | |
|---|---|
| **Case Name:** | Savannah Capital, LLC v. Martino |
| **Case Number:** | 8:15-ap-00418-KRM |
| **Document Number:** | 34 |

**Docket Text:**
Hearing Proceeding Memo: Hearing Held - **APPEARANCES: Allison Doucette, Laura Labee, Lee Pitisci. RULING:** Pretrial on Complaint by Savannah Capital, LLC against Thomas Salvador Martino, Deville Corp. (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud, Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny, Dischargeability - 523(a)(6), willful and malicious injury) - Answer doc. #29 - **Cont'd to 1/26/2016 at 10:45 am; Announced in open court; no further notice. NOTE - Parties to attend mediation by 1/15/2016; each side to pay half. Discovery as agreed. Order by Doucette.** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Chap, Dkt)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** E:\chap-promemo\promemos\8-15-ap-00418_10-20-2015-11-00-00_10-20-15-22-43-52.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021488240 [Date=10/20/2015] [FileNumber=68396410 -0] [7ccc5b33e82456dbe1d386e13d4a76fcedea690c30942b2f1992536a9cb84fc4f c14a98a2224682cdbd9a604ae90ecc1f84b2ca612ab379bdfa88ab4cd6725f3]]

**8:15-ap-00418-KRM Notice will be electronically mailed to:**

John A Anthony on behalf of Plaintiff Savannah Capital, LLC

janthony@anthonyandpartners.com, efilings@anthonyandpartners.com

Stephenie Biernacki Anthony on behalf of Plaintiff Savannah Capital, LLC
santhony@anthonyandpartners.com, lwright@anthonyandpartners.com;efilings@anthonyandpartners.com

Allison Doucette on behalf of Plaintiff Savannah Capital, LLC
adoucette@anthonyandpartners.com, efilings@anthonyandpartners.com

D Lee Pitisci on behalf of Defendant Thomas Salvador Martino
lpitisci@pdmmlaw.com, alutz@pdmmlaw.com

**8:15-ap-00418-KRM Notice will not be electronically mailed to:**



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/20/2015 11:00 AM

COURTROOM  9B

## HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|

**8:14-bk-13452-KRM**      **Chapter 7**      **05/01/2015**

**ADVERSARY:  8:15-ap-00418-KRM**      **Pltf Atty:**  John A Anthony

**Dft Atty:** D Lee Pitisci

**DEBTOR:**      Thomas Salvador Martino

**HEARING:**

Savannah Capital, LLC v. Martino

Pretrial on Complaint by Savannah Capital, LLC against Thomas Salvador Martino, Deville Corp. (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud, Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny, Dischargeability - 523(a)(6), willful and malicious injury)
- Answer doc. #29
.

**APPEARANCES::**
 Allison Doucette, Laura Labee, Lee Pitisci.

**RULING:**
Pretrial on Complaint by Savannah Capital, LLC against Thomas Salvador Martino, Deville Corp. (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud, Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny, Dischargeability - 523(a)(6), willful and malicious injury)

- Answer doc. #29 -  Cont'd to 1/26/2016 at 10:45 am; Announced in open court; no further notice.   NOTE - Parties to attend mediation by 1/15/2016; each side to pay half.   Discovery as agreed.   Order by Doucette.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.